**No. 09-9244. George Webber, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2843.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9253. Kenneth R. Dowthard, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2798.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9254. Terry Alvin Hyatt, Petitioner v. Gerald Branker, Warden.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2803.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 569 F.3d 162.

**No. 09-9258. Kendrick Omar Hammond, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2078, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2887.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 877.

**No. 09-9260. Larry Eugene Hodge, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2078, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2841.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 354 Fed. Appx. 306.

**No. 09-9263. Martin Gonzalez-Ambriz, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2078, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2839.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 155.

**No. 09-9270. Kyle Kimoto, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2079, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2816.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 588 F.3d 464.

**No. 09-9272. Clark Pauyo, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2079, 176 L. Ed. 2d 426, 2010 U.S. LEXIS 2842.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 341 Fed. Appx. 955.